### In the Matter of Shari Elizabeth KINNAIRD.

#### No. 03S00–0005–DI–320.

Supreme Court of Indiana.

Oct. 6, 2000.

#### *ORDER APPROVING STATEMENT OF CIRCUMSTANCES AND CONDITIONAL AGREEMENT FOR DISCIPLINE*

Pursuant to Ind.Admission and Discipline Rule 23, Section 11, the Indiana Supreme Court Disciplinary Commission and the respondent have submitted for approval a *Statement of Circumstances and Conditional Agreement for Discipline* stipulating a proposed discipline and agreed facts as summarized below:

**Facts:** On January 12, 2000, the respondent was arrested upon suspicion of operating a motor vehicle while intoxicated. On January 20, 2000, she entered a plea of guilty to one count of operating a motor vehicle with a blood alcohol content of 0.10 percent or greater, a Class C misdemeanor. At the time of the arrest, she was

serving as a deputy prosecuting attorney for Bartholomew County.

**Violations:** The respondent violated Ind.Professional Conduct Rule 8.4(d) by engaging in conduct prejudicial to the administration of justice by operating a motor vehicle with a BAC of 0.10 percent or greater while serving as a deputy prosecuting attorney.

**Discipline:** Public reprimand.

The Court, having considered the submission of the parties, now APPROVES and ORDERS the agreed discipline. Costs of this proceeding are assessed against the respondent.

All Justices concur.